**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :  No. 435 WAL 2019

           Respondent                :

                            :  Petition for Allowance of Appeal
                            :  from the Order of the Superior Court

           v.                      :

                            :

MARTY JOSEPH MILLARD,       :

                            :

           Petitioner               :

## ORDER

**PER CURIAM**

     **AND NOW**, this 18th day of May, 2020, the Petition for Allowance of Appeal is **DENIED**.